**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2012**

BROTHER YHWH H. MONROE,

              Plaintiff - Appellant,

        v.

MS. NANCY KRIPPEL, Mary Baldwin College Adult Degree
Program; MS. LALLON POND, Mary Baldwin College Adult Degree
Program; MS. MARION WARD, Mary Baldwin College Adult Degree
Program,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.   Samuel G. Wilson,
District Judge. (5:10-cv-00065-sgw)

Submitted: October 19, 2010          Decided: October 26, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brother Yhwh H. Monroe, Appellant Pro Se.   Robert A. Dybing,
Neil S. Talegaonkar, THOMPSON MCMULLAN PC, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brother Yhwh H. Monroe appeals the district court's order dismissing his complaint pursuant to 28 U.S.C. § 1915(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Monroe v. Krippel, No. 5:10-cv-00065-sgw (W.D. Va. Aug. 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED